IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THOMAS WALTON, INDIVIDUALLY AND
ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES of ANNIE WALTON,
Deceased; and ALIVEN WALTON                                                    PLAINTIFFS

V.                                                         CIVIL ACTION NO. 1:20-CV-00040-SA-DAS

J.B. LONG; CITY OF VERONA;
and JOHN DOES 1-25                                                              DEFENDANTS

### ORDER

On March 30, 2022, this Court entered an Order [120] granting in part and denying in part the Plaintiffs' Motion for Reconsideration [116]. Since that time, the City of Verona has filed a Notice of Appeal [123], and the Plaintiffs have filed a Notice of Cross-Appeal [124]. Although no action has been taken in the case since those filings, the Court has not formally stayed the case. However, having now reviewed all of the pertinent filings, the Court finds that a stay is appropriate, considering the pending appeals. All pending deadlines and proceedings associated with this case are stayed until further Order of the Court.

SO ORDERED, this the 18th day of January, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE